**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DION SMOAK,,

                Plaintiff,                22 **CIVIL** 10156 (RWL)

     -v-                                <u>**JUDGMENT**</u>

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 20, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing and issuance of a new decision.

**Dated:**  New York, New York
           March 20, 2023

                                                          **RUBY J. KRAJICK**

                                                        _____
                                                                 Clerk of Court

                               **BY:**

                                                               _____
                                                                 **Deputy Clerk**